UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 JUL 18 P 1: 21

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ANTHONY MUNGIN,

        Petitioner,

v.

        Case No. 3:06-mc-33-J-20TEM

JAMES MCDONOUGH, JR.,
etc.; et al.,

        Respondents.

## ORDER

On May 22, 2006, the Court ordered Petitioner to complete and file an Affidavit of Indigency within twenty days of the order. As of the date of this Order, Petitioner has not responded. Accordingly, within **TWENTY (20) DAYS** from the date of this Order, Petitioner shall complete and file the **enclosed** Affidavit of Indigency. Failure to do so will result in the denial of Petitioner's Motion for Appointment of Counsel Pursuant to 18 U.S.C. §3001 et seq. and 21 U.S.C. §848 et seq. for Representation in Federal Habeas Corpus Proceedings in a Capital Case (Doc. #1) and the dismissal of this action.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

ps 7/17
c:
Todd G. Scher, Esquire