UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

ANTHONY MUNGIN,

        Petitioner,

2006 JUL 28 A 9: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

v.

                                  Case No. 3:06-mc-33-J-20TEM

JAMES MCDONOUGH, JR.,
etc.; et al.,

        Respondents.

_____

### ORDER

1. Petitioner's July 20, 2006, Motion to Dismiss Motion for Appointment of Counsel (Doc. #4) is **GRANTED**.

2. Petitioner's May 19, 2006, Motion for Appointment of Counsel Pursuant to 18 U.S.C. §3001 *et seq.* and 21 U.S.C. §848 *et seq.* for Representation in Federal Habeas Corpus Proceedings in a Capital Case (Doc. #1) is **MOOT**.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

ps 7/24
c:
Todd G. Scher, Esquire